UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED, | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | 22 CV 957 (VB) |
| | : | |
| ADIRA AT RIVERSIDE REHABILITATION & NURSING, | : | |
| Defendant. | : | |

--------------------------------------------------------------x

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INCORPORATED, | : | |
| Plaintiff, | : | 22 CV 962 (VB) |
| | : | |
| v. | : | |
| | : | |
| SPRAIN BROOK MANOR REHABILITATION, | : | |
| Defendant. | : | |

--------------------------------------------------------------x

        Quest Diagnostics Inc. v. Sprain Brook Manor Rehab., 22 CV 962, which was originally assigned to Judge Halpern, has been reassigned to Judge Briccetti as related to Quest Diagnostics Inc. v. Adira at Riverside Rehab., 22 CV 957.

        Accordingly, it is hereby ORDERED:

1. A joint initial conference for **both** of the above-captioned cases is now scheduled for **June 16, 2022, at 9:30 a.m.**, before Judge Briccetti.  To be clear, the initial conference previously scheduled for May 16, 2022, in case no. 22 CV 957 is **cancelled**.

2. The June 16, 2022, conference shall be held by telephone:
Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662
Access Code: 1703567.

3. By **June 9, 2022**, counsel shall complete and file on the ECF docket a **joint** proposed Civil Case Discovery Plan and Scheduling Order ("Scheduling Order") for both cases, utilizing the form attached to the Notice of Initial Conference in 22 CV 957 (Doc. #12).  To be clear, counsel must file a **single**, proposed discovery plan for the above-captioned cases, with **jointly proposed dates, deadlines, and other provisions**.  The parties are expected to resolve any disagreements regarding dates, deadlines, and other provisions without intervention from the Court.

1

4. The competing proposed Scheduling Orders submitted in 22 CV 957 (Docs. ##15, 16), which reflect that counsel have not complied with their obligation to attempt to agree in good faith upon proposed dates and other provisions, shall be disregarded by the Court.

5. The Clerk is instructed to terminate the following letter-motions: Docs. ##17, 18 in 22 CV 957, and Doc. #15 in 22 CV 962.

Dated: May 12, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge