UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

QUEST DIAGNOSTICS INCORPORATED,          :
              Plaintiff,          :          **ORDER**
                                    :
v.                                       :          22 CV 957 (VB)
                                    :
ADIRA AT RIVERSIDE REHABILITATION        :
& NURSING,                               :
              Defendant.          :

------------------------------------------------------------x

QUEST DIAGNOSTICS INCORPORATED,          :
              Plaintiff,          :          22 CV 962 (VB)
                                    :
v.                                       :
                                    :
SPRAIN BROOK MANOR                       :
REHABILITATION,                          :
              Defendant.          :

------------------------------------------------------------x

       On May 25, 2022, plaintiff in each of the above related actions filed motions to dismiss the defendant's counterclaims and to strike an affirmative defense. (Doc. #23 in case no. 22 CV 957 and Doc. #20 in case no. 22 CV 962). On May 31, 2022, each defendant filed a notice of intent to file an amended pleading to address certain of the purported deficiencies made apparent by the plaintiff's motion.

       Accordingly, it is hereby ORDERED that, by no later than June 15, 2022, each defendant must file its amended pleading. By July 6, 2022, each plaintiff may either: (i) file a motion to dismiss the amended pleading; or (ii) notify the Court by letter that it is relying on the initially filed motion to dismiss.

       The time to file opposing and reply papers is STAYED pending further order of the Court.

Dated: June 1, 2022
       White Plains, NY

                    SO ORDERED:

                    _____
                    Vincent L. Briccetti
                    United States District Judge